IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LARRY WAYNE HUTCHINS,       )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )     2:04cv529-MHT
                            )         (WO)
PRISON HEALTH SERVICE,      )
et al.,                     )
                            )
     Defendants.            )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that defendants failed to provide proper and adequate medical care.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's

objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of September, 2006.


        /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**